MICHAEL O'GORMAN et al., Respondents, *v.* THE NATIONAL FIRE INSURANCE COMPANY, Appellant.

(Submitted March 5, 1891; decided March 20, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order

made April 29, 1890, which affirmed a judgment in favor of plaintiffs entered upon a verdict and affirmed orders denying a motion for a new trial and a motion for an order of reference.

*P. W. Cullinan* for appellant.

*J. R. O'Gorman* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. —————————